MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD., a Nevada professional corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASTA FUNDING, INC., a Delaware corporation; PALISADES COLLECTION, LLC, a limited liability company organized in the state of Delaware; and DOES I-V, inclusive,<br><br>Defendants. | Case No. 2:10-cv-00486-JCM-PAL<br><br>Judgment |

The Court heard Plaintiff's KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD., ("KSSJ") Motion for Partial Summary Judgment on Plaintiff's Declaratory Relief Claim and Unjust Enrichment Claim ("MPSJ") [43] [67] and Plaintiff KSSJ's Amended Motion to Dismiss, or alternatively, Motion For Summary Judgment of Palisades Counterclaim ("MTD") [58] [72] and the Court entered its Order regarding the Motions on July 18, 2011 [73].

As decided by the Honorable James C. Mahan, United States District Judge, pursuant to the Court's Order on the Motions,

///
///
///
///

**THE COURT HAS ORDERED AND ADJUDGED THAT:**

Plaintiff's Motion for Partial Summary Judgment on Plaintiff's Declaratory Relief Claim and Unjust Enrichment Claim [43] [67] is GRANTED as to Plaintiff's Unjust Enrichment claim;

Plaintiff KSSJ's Amended Motion to Dismiss, or alternatively, Motion For Summary Judgment of Palisades Counterclaim ("MTD") [58] [72] is GRANTED as to dismissing Defendant's Malicious Prosecution claim.

As further decided by the Honorable James C. Mahan, United States District Judge, pursuant to the Court's Order,

**THE COURT HAS FURTHER ORDERED AND ADJUDGED THAT:**

That Judgment be taken in favor of Plaintiff KSSJ and against Defendant Palisades Collections, LLC. ("Defendant" or "Palisades") regarding Plaintiff KSSJ's Unjust Enrichment claim;

That Defendant Palisades' failure to compensate Plaintiff KSSJ for costs incurred and fees earned necessitated Plaintiff KSSJ filing of the above-captioned lawsuit;

That Plaintiff KSSJ suffered damages as a result of Defendant Palisades' failure to compensate Plaintiff KSSJ for costs incurred and fees earned;

That Defendant Palisades' Malicious Prosecution claim was improper as a matter of law;

**THE COURT ENTERS JUDGMENT AS FOLLOWS:**

That Plaintiff KSSJ recover from Defendant Palisades the amount of $112,161.25, which is comprised of damages in the amount of $105,253.96 and prejudgment interest from April 9, 2010, to August 1, 2011, at the Nevada legal rate of 5.25%;

That the above judgment shall bear postjudgment interest at the Nevada legal rate of 5.25%;

That the above funds Plaintiff KSSJ has held in trust may be forthwith released to partially satisfy the above judgment; and

That Plaintiff KSSJ recover costs in an amount of $1,413.23 as determined by the Clerk of Court. LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED this **28th day of July, 2011.**

_____
JAMES C. MAHAN
United States District Court Judge